KATHLEEN A MCDONALD
CHAPTER 13 STANDING TRUSTEE
302 E CARSON AVE STE 200
LAS VEGAS NV 89101
(702) 386-5968
Bar Code # mcdok

RECEIVED AND FILED

2001 NOV 16  A 10: 47

BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:
BAUDAIS, BRYAN
5608 WHALE ROCK

LAS VEGAS NV 89146-3408

CHAPTER 13
CASE NO: BKS-01-18345-RCJ
SSN(1) 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
SSN(2)

## TRUSTEE'S FINAL REPORT AND ACCOUNT
## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND REPORT AND
## ORDER: DISCHARGING TRUSTEE

KATHLEEN A. MCDONALD, Trustee for the above case, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC Sec. 1302 (b)(1).

Case filed on:
    Mon Aug 13, 2001

Plan Confirmed on:

Case Closed on:
    Mon Sep 17, 2001

THIS CASE WAS SUBSEQUENTLY VOLUNTARILY DISMISSED
Amount paid to the Trustee by or on behalf of the debtor(s) $        .00
The Trustee made disbursements to creditors as follows:

| CLM# CREDITOR NAME | Class | | Claim Amt | Prin Pd | Int Pd | Bal Du |
|---|---|---|---|---|---|---|
| 0001 LIONEL SAWYER & COLL | NOTICE ONLY | | .00 | .00 | .00 | .00 |
| Comment:TEXTRON FINANCIAL | | | | | | |
| Account Number: | | Not Filed | | | | |
| 0002 ONYX ACCEPTANCE CORP | NOTICE ONLY | | .00 | .00 | .00 | .00 |
| Comment: | | | | | | |
| Account Number: | | Not Filed | | | | |
| 0003 FRANKLIN CAPITAL COR | SECURED | | .00 | .00 | .00 | .00 |
| Comment:97 BUICK LESABRE | | | | | | |
| Account Number: 7611345354 | | Not Filed | | | | |
| 0004 TFC TEXTRON | SECURED | | .00 | .00 | .00 | .00 |
| Comment:ACCESSORIES | | | | | | |
| Account Number: | | Not Filed | | | | |
| 0005 UNITED STATES TREASU | IRS PRTY | | .00 | .00 | .00 | .00 |
| Comment:PENS | | | | | | |
| Account Number: 98/99 | | Not Filed | | | | |
| 0006 ONYX ACCEPTANCE CORP | VEHICLE ARREARS | | 354.61 | .00 | .00 | .00 |
| Comment:91 MAZDA | | | | | | |
| Account Number: 00956037452 | | | | | | |

PAGE 01

11

BAUDAIS, BRYAN                                                              CASE NO: BKS-01-18345-RCJ

| CLM# CREDITOR NAME | Class | Claim Amt | Prin Pd | Int Pd | Bal Du |
|---|---|---|---|---|---|
| 0007 HOUSEHOLD FINANCIAL<br>Comment:<br>Account Number: 68410410117634 | UNSECURED | 9,137.06 | .00 | .00 | .00 |

## SUMMARY OF DISBURSEMENTS

|  | SECURED | PRIORITY | UNSECURED | TOTAL |
|---|---|---|---|---|
| Claim Amount | 354.61 | .00 | 9,137.06 | 9,491.67 |
| Principal Paid | .00 | .00 | .00 | .00 |
| Interest Paid | .00 | .00 | .00 | .00 |

## COSTS OF ADMINISTRATION

The debtor(s) attorney, AARON & PATERNOSTER was allowed $    .00 of which    .00 and was paid directly by the debtor(s) and $    .00 was paid from the plan. The Trustee was paid $    .00 for expenses and $    .00 for compensation pursuant to 11 USC 1302. $    .00 was paid for sanctions and/or additional expenses pursuant to Court order. Refunds to the debtor and/or Chapter 7 Trustee totalling $    .00 . THE CLERK HAS BEEN EITHER PAID INSIDE OR OUTSIDE THE PLAN FOR THE FILING FEE.

The creditors listed below were scheduled by the debtor after confirmation of the Chapter 13 Plan. Such debts may be excepted from discharge pursuant to 11 USC Sec. 523 (a)(3)(A).

| CREDITOR | SCHEDULED AMOUNT |
|---|---|

Dated: *Nov 14, 2001*

Submitted by:                                                         Patricia Gray

*Kathleen A. McDonald*                                               By *[signature]*
KATHLEEN A. MCDONALD                                                  Deputy Clerk
Chapter 13 Standing Trustee

                                        PAGE 02