# United States Bankruptcy Court
## District of Nevada

Case No. <u>01–18345–bam</u>
Chapter 13

In re: (Name of Debtor)
   BRYAN BAUDAIS
   dba FIRST FLIGHT AVIATION
   5608 WHALE ROCK
   LAS VEGAS, NV 89146

## ORDER DISCHARGING TRUSTEE AND CLOSING OF DISMISSED CASE

The estate of the above named debtor(s), having been Dismissed by Court Order, **IT IS HEREBY ORDERED THAT:**

        KATHLEEN A. LEAVITT, Trustee

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 10/5/05          BY THE COURT

        Patricia Gray
        Clerk of the Bankruptcy Court